(*see,* Family Ct Act § 1113), those contentions are not properly before us. (Appeal from Order of Erie County Family Court, Rosa, J.—Terminate Parental Rights.) Present—Green, J. P., Pine, Hayes, Scudder and Burns, JJ.

■ In the Matter of MARQUITA H. and Others, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; BRENDA H., Appellant. (Appeal No. 2.) [721 NYS2d 850] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of James H.* ([appeal No. 1] 281 AD2d 920 [decided herewith]). (Appeal from Order of Erie County Family Court, Rosa, J.—Terminate Parental Rights.) Present—Green, J. P., Pine, Hayes, Scudder and Burns, JJ.

■ In the Matter of JAMES H. and Others, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; EMERSON H., SR., Appellant. (Appeal No. 3.) [721 NYS2d 850] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of James H.* ([appeal No. 1] 281 AD2d 920 [decided herewith]). (Appeal from Order of Erie County Family Court, Rosa, J.—Terminate Parental Rights.) Present—Green, J. P., Pine, Hayes, Scudder and Burns, JJ.

■ In the Matter of MARQUITA H. and Others, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; EMERSON H., SR., Appellant. (Appeal No. 4.) [721 NYS2d 851] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of James H.* ([appeal No. 1] 281 AD2d 920 [decided herewith]). (Appeal from Order of Erie County Family Court, Rosa, J.—Terminate Parental Rights.) Present—Green, J. P., Pine, Hayes, Scudder and Burns, JJ.

■ MARK HAGER et al., Appellants, v DENNY's, INC., et al., Respondents. [722 NYS2d 453] —Order insofar as appealed from unanimously reversed on the law without costs, motion denied with leave to renew upon the completion of discovery and complaint against defendant Borg-Warner Protective Services Corporation, d/b/a Burns International Security Services, reinstated. Memorandum: Supreme Court erred in granting the motion of defendant Borg-Warner Protective Services Corporation, d/b/a Burns International Security Services, for summary judgment dismissing the complaint against it. The motion is premature because there has been no reasonable opportunity for discovery (*see, Urcan v Cocarelli*, 234 AD2d 537). We therefore deny the motion with leave to renew upon the completion of discovery. (Appeal from Order of Supreme Court, Erie County, Mahoney, J.—Summary Judgment.) Present— Green, J. P., Pine, Hayes, Scudder and Burns, JJ.